# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAMIAN CLEVELAND,**
Appellant,

v.

**MARK INCH, SECRETARY OF DEPARTMENT OF CORRECTIONS,**
Appellee.

No. 4D19-3834

[August 20, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia Wood, Judge; L.T. Case No. 87003917CF10A.

Damian Cleveland, Mayo, pro se.

Ashley Moody, Attorney General, Tallahassee, and Mitchell Egber, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***